# Court of Appeals
# of the State of Georgia

ATLANTA, August 05, 2024

*The Court of Appeals hereby passes the following order*

## A24I0254. BRANDON P. CHAPMAN et al v. SMART PROFITABILITY SOLUTIONS, LLC DBA SMART SAFETY GULF COAST.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

24CV000443



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, August 05, 2024.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*